AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jamago Sir Edwards McKinney, | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.  0:13-cv-02141-DCN |
| Michael McCall, | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Jamago Sir Edwards McKinney, shall take nothing of the respondent, Michael McCall, as to the petition filed pursuant to 28 U.S.C. § 2254 and this action is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, accepting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the petition for lack of prosecution.

Date:   April 29, 2014                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/A. Buckingham
                                                          *Signature of Clerk or Deputy Clerk*